

# Fourth Court of Appeals
## San Antonio, Texas

March 31, 2015

No. 04-13-00875-CV

Sandra **SAKS**, Lee Nick McFadin and Margaret Landen Saks,
Appellants

v.

Lauren **SAKS** a/k/a Gloria Lauren Nicole Saks,
Appellees

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2011-PC-3466
Honorable Polly Jackson Spencer, Judge Presiding

## O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Jason K. Pulliam, Justice

The Court has considered the Appellants' Motion for En Banc Reconsideration, and the motion is DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of March, 2015.

_____
Keith E. Hottle
Clerk of Court